## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| RAYCO MANUFACTURING INC., | ) | CASE NO. 5:17cv84 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BEARD EQUIPMENT CO., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and Rule 72.2(a) of the Local Civil Rules, this matter is referred to Magistrate Judge Kathleen B. Burke for resolution of the discovery dispute, as outlined in the parties' Joint Status Report (Doc. No. 13), and resolution of such other discovery-related issues that may develop in this case.

**IT IS SO ORDERED**.

Dated: June 2, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**